HENRI BURKHARD, Plaintiff, and JOSEPH DE GREGORY, Respondent, v. HAKES & MAGEE, INC., Appellant.— Action to recover damages for personal injuries suffered by respondent when an automobile driven by him was in collision with

an automobile owned by defendant. Judgment in favor of respondent, entered on the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.